Marvin C. Ruth (024220)
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 381-5462
Facsimile: (602) 224-6020
mruth@cblawyers.com

-and-

ELLIOTT GREENLEAF, P.C.
Rafael X. Zahralddin-Aravena, Esq. (admitted *pro hac*)
Jonathan M. Stemerman, Esq. (admitted *pro hac vice*)
1105 Market Street, Suite 1700
Wilmington, Delaware 19899
Telephone (302) 384-9400
Facsimile (302) 384-9399

Counsel to John P. Madden, in his capacity as
Liquidation Trustee of the Apache Junction Hospital
Trust

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>APACHE JUNCTION HOSPITAL, LLC dba ARIZONA REGIONAL MEDICAL CENTER,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 4:13-bk-18188-SHG<br><br>**SEVENTEENTH MOTION TO EXTEND BAR DATE FOR FILING OBJECTIONS TO CLAIMS** |

This Motion is filed by John P. Madden (the "**Liquidation Trustee**"), in his capacity as the Liquidation Trustee of the Apache Junction Hospital Trust (the "**Liquidation Trust**"), to extend the bar date by which the Liquidation Trustee may file objections to claims in the above-referenced bankruptcy case (the "**Bankruptcy Case**").

This Motion is supported by the entire record before the Court and the following memorandum of points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

**Jurisdiction and Background**

1. This Motion presents a core proceeding that the Court has jurisdiction to decide under 28 U.S.C. §§ 157(a), (b), and 1334. The Court also has jurisdiction to decide this Motion under the retention-of-jurisdiction provisions set forth in Article 10 of the *Amended Joint Plan* [Docket No. 97] (the "**Plan**").

2. The predicate for the relief requested by this Motion is 11 U.S.C. §§ 105 and 502, Bankruptcy Rule 3007, and Article 6.01 of the Plan.

3. On October 17, 2013 (the "**Petition Date**"), the Debtor filed its voluntary petition under chapter 11 of the Bankruptcy Code.

4. On January 23, 2014, the Court entered its *Findings of Fact, Conclusions of Law, and Order Approving Disclosure Statement and Confirming Plan* [Docket No. 159], which confirmed the Plan. The Effective Date of the Plan was February 20, 2014. *See* Notice of Effective Date [Docket No. 170].

5. Under the Plan, the Liquidation Trust was established to administer the estate after the effective date, which includes, among other things, the authority to file objections to claims in this bankruptcy case.

6. On July 1, 2018 this Court entered an order granting the Liquidation Trustee's sixteenth request for an extension of time of the claims objection bar date (the "**Sixteenth Bar Date Order**") [Docket No. 427]. The Sixteenth Bar Date Order extended the claims objection bar date through and including September 10, 2018 (the "**Current Bar Date**"), without prejudice to the Liquidation Trustee seeking an additional extension of the Current Bar Date by motion filed on or before such date.

Quarles & Brady LLP
Phoenix, Arizona 85004-2391

## RELIEF REQUESTED

7. By this Motion, the Liquidation Trustee seeks entry of an Order extending the Current Bar Date under which the Liquidation Trustee may file objections to claims in this bankruptcy case by an additional 90 days.

## BASIS FOR RELIEF

8. Bankruptcy Code § 502(a) provides in pertinent part that a claim filed under Bankruptcy Code § 501 is deemed allowed unless a party in interest objects. 11 U.S.C. § 502(a). Article 6.01 of the Plan provided a date by which the Liquidation Trustee may file objections to claims in this case whether or not such claims were filed in the case. That Article provides in pertinent part that objections to claims must be filed on or before the first business day that is 180 days after the Effective Date. *See* Plan, Art. 6.01, p. 13. In other words, the original bar date for filing objections to claims in this case was August 19, 2014 (the first business day that is 180 days after the February 20, 2014 effective date of the Plan). *See also* Notice of Effective Date at p. 3 [Docket No. 170].

9. The Plan further provides that the bar date for filing objections to claims may be liberally extended: "[T]he Bankruptcy Court may approve a later date on the Liquidation Trust's motion filed (but not necessarily heard) before the first Business Day that is 180 days after the Effective Date." *Id.* There is no required showing or burden placed on the Liquidation Trustee to extend the bar date for filing objections to claims. *See also* Notice of Effective Date at p. 3 [Docket No. 170].

10. The Liquidation Trustee has filed sixteen motions seeking an extension of the bar date. The Court has granted all sixteen motions "without prejudice to the Liquidation Trustee seeking an additional extension of the Bar Date by motion filed on or before such date." *See,* e.g. Docket No. 427.

Quarles & Brady LLP
Phoenix, Arizona 85004-2391

11. Therefore, under the terms of the confirmed Plan and the Fifteenth Bar Date Order, this Court can extend the Current Bar Date by an additional 90 days.

12. Even though there is no showing required or burden to be met to extend the Current Bar Date, cause exists to extend the Current Bar Date for an additional 90 days.

13. The Liquidation Trust has analyzed the claims filed in this case and has filed multiple omnibus objections to claims.

14. Contemporaneously with this Motion, the Liquidation Trust is filing what it believes will be its final objection to claims in this case.

15. The Liquidation Trust anticipates that this Motion will be its final request for an extension of the deadline for it to object to claims.

16. The Liquidation Trust is requesting this extension so that it has additional time to memorialize an agreement in principal to settle the claims of the United States of America, related to alleged underpayments by the Debtor to the U.S. Department of Health and Human Services.

17. Recently, the Liquidation Trust filed a motion to approve settlements with certain of the Debtor's former officers and directors. *See* D.I. 429. As a result of these settlements, the Liquidation Trusts believes it will obtain additional funds by the end of the year or, at the latest, early next year. Once the Liquidation Trust has received all of the settlement funds, if the above-referenced claims have been resolved, the Liquidation Trust will then be in a position to make a distribution to creditors.

18. As the Liquidation Trust is only requesting this extension so that it can memorialize an agreement with a claimant, to require the Liquidation Trust to file a placeholder objection is not in the best interest of the Liquidation Trust or its creditors.

19. An additional 90 days will allow the Liquidation Trustee to memorialize the agreement. Given that no distribution to unsecured creditors is anticipated in the next 90

days, the Liquidation Trustee also believes that an approximately 90-day extension of the Current Bar Date will not prejudice any holders of claims.

## CONCLUSION

WHEREFORE, the Liquidation Trustee respectfully requests the Court to enter an Order:

A. Extending the Current Bar Date for the Liquidation Trustee to file objections to claims by an additional 90 days, or through and including December 10, 2018, without prejudice to the Liquidation Trustee seeking an additional extension by motion filed on or before such date; and

B. Granting such other and further relief as the Court deems just and proper under the facts and circumstances of this case.

RESPECTFULLY SUBMITTED this 7th day of September, 2018.

**COPPERSMITH BROCKELMAN PLC**

BY /s/ Marvin C. Ruth (024220)
Marvin C. Ruth

-and-

Rafael X. Zahralddin-Aravena, Esq.
(admitted *pro hac vice*)
Jonathan M. Stemerman, Esq.
(admitted *pro hac vice*)
ELLIOTT GREENLEAF, P.C.
1105 Market Street, Suite 1700
Wilmington, Delaware 19801

*Counsel to John P. Madden, in his capacity as Liquidation Trustee of the Apache Junction Hospital Trust*

COPIES of the foregoing
sent via e-mail this 7th day of September, 2018 , to:

## Service List

| Party | Attorney/ Representative | E-mail Address |
|---|---|---|
| Apache Junction Hospital, LLC | Bradley A. Cosman | bradley.cosman@squiresanders.com |
| Abbott Vascular | Michael Stueland | mstueland@kmksc.com |
| Acute Nursing Solutions, LLC | Sterling R. Peterson Bert D. Miller | sterling@gundersondenton.com bert@gundersondenton.com |
| Americorp Financial LLC | Russell A. Kolsrud James Parker | rkolsrud@clarkhill.com jparker@clarkhill.com |
| American Refrigeration Supplies | Brad Brown | bbrown@arsnet.com |
| Apheresis Care Group, Inc. d/b/a Phoenix Metro Inpatient Services, an affiliate of Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America | Debra J. Cohen Letgee Gu | dcohen@halperinlaw.net lgu@halperinlaw.net |
| Asset Acceptance LLC | Jon Hultgren | jon@hammerman-hultgren.com |
| Banner Federal Credit Union | Dennis Skarecky | skarecky@pcslink.com |
| Barbara Siegel, Personal Representative of the Estate of Robert M. Siegel | Wesley S. Loy | wsl@bowwlaw.com |
| Biotronik, Inc. | James Maldonado | James.Maldonado@biotronik.com |
| Blood Systems, Inc. | Wesley D. Ray Christopher A. Ward Shanti M. Katona | wray@polsinelli.com cward@polsinelli.com skatona@polsinelli.com |
| De Lage Landen Financial Services Inc. | Barbara Maroney | bbm@maroneylawfirm.com |
| Health Temp | Joe Patrick | joe.patrick@healthtemp.com |
| Healthcare Management Systems, Inc. | Kenny Barfield Cynthia Funk | kenny.barfield@healthtechholdings.com cynthia.funk@healthtechholdings.com |
| Healthcare Services Group Inc. | Adam E. Lang Andrew C. Stone Steve Timko | alang@swlaw.com astone@swlaw.com stimko@hcsgcorp.com |

Quarles & Brady LLP
Phoenix, Arizona 85004-2391

Case 4:13-bk-18188-SHG    Doc 431    Filed 09/07/18    Entered 09/07/18 15:41:56    Desc
QB\155241.00002\38972414.1                Main Document    Page 6 of 8

6

Quarles & Brady LLP
Phoenix, Arizona 85004-2391

| | Party | Attorney/Representative | E-mail Address |
|---|---|---|---|
| 1 | | | |
| 2 | HRN Services Inc. | Jon M. Leader | jleader@llaw.la |
| 3 | Medical Solutions, Inc. | Nicolas B. Hoskins | nhoskins@fclaw.com |
| 4 | | J. Daniel Weidner | Daniel.Weidner@koleyjessen.com |
| | | Minja Herian | minja.herian@koleyjessen.com |
| 5 | Medline Industries, Inc. | Michael S. Baim | mbaim@ckbfirm.com |
| 6 | PC Healthcare Enterprises, Inc. | Joe N. Patrick | joe.patrick@healthtemp.com |
| 7 | Perfusion Associates Inc. | Joseph E. Collins | joecollins@collinslaw.net |
| 8 | Prestige Financial Services | William Fife | wfife@fifecestalaw.com |
| 9 | Rasheeda Arogundade | The Patane Law Firm | angelopatane@patanelawfirm.com |
| 10 | Sanders Parks | Jeanne Beasley | jeanne.beasley@sanderssparks.com |
| 11 | Sierra Equities, Inc. | Lance R. Broberg | lrb@tblaw.com |
| | | J. Daryl Dorsey | jdd@tblaw.com |
| 12 | SYSCO Arizona Inc. | Michael D. Curran | mcurran@mmcec.com |
| 13 | 3M Company | Alan Brown | arbrown@mmm.com |
| 14 | U.S. Trustee's Office | LarryWatson | Larry.Watson@usdoj.gov |
| 15 | Versogenics, Inc. DBA Comforce | Toral Kapur | toral.kapur@acsicorp.com |
| | Versogenics, Inc. DBA Comforce | Andreta McElrath | andreta.mcelrath@acsicorp.com |
| 16 | Ambika Bhaskaran | | ambikabhaskaran@hotmail.com |
| 17 | Brent Nutall | | elric667@gmail.com |
| 18 | Cathy Clark-Mann | | clark57@cox.net |
| 19 | Douglas Gratzer | | doug@gratzeraz.com |
| | Dr. Arthur Sitelman | | sitelman.path@worldnet.att.net |
| 20 | Dr. Barbara Barker | | barbsiegel@hotmail.com |
| 21 | Dr. Muhammed Mujatid Salim | | mmsalim1@yahoo.com |
| 22 | Dr. Sunil Jain | | sunilkjain95@gmail.com |
| 23 | Dr. Hani Shennib | | hanishennib@email.com |
| | Dr. Marc Lewis Ekhauser | | beneteau1950@gmail.com |
| 24 | Eugene Malina | | eugenemalina@hotmail.com |
| 25 | Harrison J Bachrach | | hbachrach@ironwoodcrc.com |
| 26 | Jay Locke | | twominute00@hotmail.com |

| Party | Attorney/ Representative | E-mail Address |
|---|---|---|
| Joseph J. Hessel | | dehjjh@aol.com |
| Kevin Curtis | | kcurtis@healthgroupwest.com |
| Marie F. Siegel Trust | | mfs1923@gmail.com |
| Mandeep Sahani | | mandeepsahani@gmail.com |
| Novarad Mark Cotter | | mcotter@rqn.com |
| Peter Moraru | | allamor6@yahoo.com twominute00@hotmail.com |
| Ross McArthur | | mcarthurross@hotmail.com |
| Estate of Scott Shaeffer | | booboo.kitty@cox.net |
| Steve Farber | | stevenfarber@cox.net |
| Susan Farber | | susanfarber@cox.net |
| Accountemps-US | Karen Lima | karen.lima@roberthalf.com |
| Standard Restaurant Equipment | Cloyee Hudson | cloyeeh@esreco.net |
| Harbor Linen LLC | David Layton | dlayton@harborlinen.com |
| City of Mesa - Revenue Collections | Teresa Woods | teresa.woods-hipsley@mesaaz.gov |
| Uroplasty Inc. | Debbie Smaby | accounts.receivable@uroplasty.com |
| Pongratz Orthotics & Prosthetics, Inc. | Nichole Inman | nichole@pongratzop.com |
| Lofgreen's Inc./Lofgreens Office Products | Chris Lofgreen | lofgreen@aol.com |
| Maricopa County Treasurer's Office | Lori A. Lewis | lewisl01@mcao.maricopa.gov |
| Endologix, Inc. | Juan C. Perez | jperez@endologix.com |
| Ricoh USA | Olivia Moody | Olivia.Moody@ricoh-usa.com |
| National Fire Control | Stephen F. Banta | sbanta@abclawgroup.com |
| Curastat, Inc. c/o Matech, Inc. | Jane Ann Helwig | janeann.helwig@mastech.com |

   /s/ Verna Colwell

Quarles & Brady LLP
Phoenix, Arizona 85004-2391