Marvin C. Ruth (024220)
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Telephone: (602) 381-5462
Facsimile: (602) 224-6020
mruth@cblawyers.com

-and-

ELLIOTT GREENLEAF
Rafael X. Zahralddin-Aravena, Esq. (admitted *pro hac*)
Jonathan M. Stemerman, Esq. (admitted *pro hac vice*)
1105 Market Street, Suite 1700
Wilmington, Delaware 19899
Telephone (302) 384-9400
Facsimile (302) 384-9399

*Counsel to John P. Madden, in his capacity as
Liquidation Trustee of the Apache Junction Hospital*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>APACHE JUNCTION HOSPITAL, LLC dba ARIZONA REGIONAL MEDICAL CENTER,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 4:13-bk-18188-SHG<br><br>**NOTICE OF FILING SEVENTEENTH MOTION TO EXTEND BAR DATE FOR FILING OBJECTIONS TO CLAIMS** |

**PLEASE TAKE NOTICE** that on September 7, 2018, John P. Madden, in his capacity as Liquidation Trustee of the Apache Junction Hospital Trust (the "Liquidation Trustee") in the above-captioned Chapter 11 bankruptcy case of Apache Junction Hospital, LLC dba Arizona Regional Medical Center, filed the *Seventeenth Motion to Extend Bar Date for Filing Objections to Claims* (the "**Motion**"). In the Motion, the Liquidation

Trustee requests that the Court extend the bar date by which the Liquidation Trustee may file objections to claims in the Bankruptcy Case.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Arizona via the Court's Electronic Case Filing/Case Management System and served on counsel for the Liquidation Trustee at the following addresses, all within fourteen (14) days after the date of service of this Notice:

Marvin C. Ruth (024220)
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Telephone: (602) 381-5462
Facsimile: (602) 224-6020
mruth@cblawyers.com

-and-

ELLIOTT GREENLEAF
Rafael X. Zahralddin-Aravena, Esq. (admitted *pro hac vice*)
Jonathan M. Stemerman, Esq. (admitted *pro hac vice*)
1105 Market Street, Suite 1700
Wilmington, Delaware 19899
rxza@elliottgreenleaf.com
jms@elliottgreenleaf.com
Facsimile (302) 384-9399

**IF NO TIMELY OBJECTIONS ARE FILED WITH THE COURT AND SERVED ON COUNSEL FOR THE LIQUIDATION TRUSTEE AS PROVIDED HEREIN, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING. IF TIMELY OBJECTIONS ARE FILED AND SERVED AS PROVIDED HEREIN, THE COURT WILL SET A HEARING.**

RESPECTFULLY SUBMITTED this 7th day of September, 2018.

**COPPERSMITH BROCKELMAN PLC**

By /s/ *Marvin C. Ruth (024220)*
    Marvin C. Ruth

-and-

Rafael X. Zahralddin-Aravena, Esq.
(admitted *pro hac vice*)
Jonathan M. Stemerman, Esq.
(admitted *pro hac vice*)
ELLIOTT GREENLEAF
1105 Market Street, Suite 1700
Wilmington, Delaware 19801

*Counsel to John P. Madden, in his capacity as Liquidation Trustee of the Apache Junction Hospital Trust*

Copies of the foregoing sent via email this 7th day of September, 2018, to:

**SERVICE LIST**

| Party | Attorney/Representative | E-mail Address |
|---|---|---|
| Apache Junction Hospital, LLC | Bradley A. Cosman | bradley.cosman@squiresanders.com |
| Abbott Vascular | Michael Stueland | mstueland@kmksc.com |
| Acute Nursing Solutions, LLC | Sterling R. Peterson<br>Bert D. Miller | sterling@gundersondenton.com<br>bert@gundersondenton.com |
| Americorp Financial LLC | Russell A. Kolsrud<br>James Parker | rkolsrud@clarkhill.com<br>jparker@clarkhill.com |
| American Refrigeration Supplies | Brad Brown | bbrown@arsnet.com |
| Apheresis Care Group, Inc. d/b/a Phoenix Metro Inpatient Services, an affiliate of Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America | Debra J. Cohen<br>Letgee Gu | dcohen@halperinlaw.net<br>lgu@halperinlaw.net |
| Asset Acceptance LLC | Jon Hultgren | jon@hammerman-hultgren.com |
| Banner Federal Credit Union | Dennis Skarecky | skarecky@pcslink.com |
| Barbara Siegel, Personal Representative of the Estate of Robert M. Siegel | Wesley S. Loy | wsl@bowwlaw.com |
| Biotronik, Inc. | James Maldonado | James.Maldonado@biotronik.com |
| Blood Systems, Inc. | Wesley D. Ray | Wesley.ray@sackstierney.com |
| De Lage Landen Financial Services Inc. | Barbara Maroney | bbm@maroneylawfirm.com |
| Health Temp | Joe Patrick | joe.patrick@healthtemp.com |
| Healthcare Management Systems, Inc. | Kenny Barfield<br>Cynthia Funk | kenny.barfield@healthtechholdings.com<br>cynthia.funk@healthtechholdings.com |

| Party | Attorney/ Representative | E-mail Address |
|---|---|---|
| Healthcare Services Group Inc. | Adam E. Lang<br>Andrew C. Stone<br>Steve Timko | alang@swlaw.com<br>astone@swlaw.com<br>stimko@hcsgcorp.com |
| HRN Services Inc. | Jon M. Leader | jleader@llaw.la |
| Medical Solutions, Inc. | Nicolas B. Hoskins<br>J. Daniel Weidner<br>Minja Herian | nhoskins@fclaw.com<br>Daniel.Weidner@koleyjessen.com<br>minja.herian@koleyjessen.com |
| Medline Industries, Inc. | Michael S. Baim | mbaim@ckbfirm.com |
| PC Healthcare Enterprises, Inc. | Joe N. Patrick | joe.patrick@healthtemp.com |
| Perfusion Associates Inc. | Joseph E. Collins | joecollins@collinslaw.net |
| Prestige Financial Services | William Fife | wfife@fifecestalaw.com |
| Rasheeda Arogundade | The Patane Law Firm | angelopatane@patanelawfirm.com |
| Sanders Parks | Jeanne Beasley | jeanne.beasley@sanderspark s.com |
| Sierra Equities, Inc. | Lance R. Broberg<br>J. Daryl Dorsey | lrb@tblaw.com<br>jdd@tblaw.com |
| SYSCO Arizona Inc. | Michael D. Curran | mcurran@mmcec.com |
| 3M Company | Alan Brown | arbrown@mmm.com |
| U.S. Trustee's Office | LarryWatson | Larry.Watson@usdoj.gov |
| Versogenics, Inc. DBA Comforce | Toral Kapur | toral.kapur@acsicorp.com |
| Versogenics, Inc. DBA Comforce | Andreta McElrath | andreta.mcelrath@acsicorp.com |
| Ambika Bhaskaran | | ambikabhaskaran@hotmail.com |
| Brent Nutall | | elric667@gmail.com |
| Cathy Clark-Mann | | clark57@cox.net |
| Douglas Gratzer | | doug@gratzeraz.com |
| Dr. Arthur Sitelman | | sitelman.path@worldnet.att.net |
| Dr. Barbara Barker | | barbsiegel@hotmail.com |

| | Party | Attorney/Representative | E-mail Address |
|---|---|---|---|
| 1 | | | |
| 2 | Dr. Muhammed Mujatid Salim | | mmsalim1@yahoo.com |
| 3 | Dr. Sunil Jain | | sunilkjain95@gmail.com |
| 4 | Dr. Hani Shennib | | hanishennib@email.com |
| 5 | Dr. Marc Lewis Ekhauser | | beneteau1950@gmail.com |
| 6 | Eugene Malina | | eugenemalina@hotmail.com |
| 7 | | | |
| 8 | Harrison J Bachrach | | hbachrach@ironwoodcrc.com |
| 9 | Jay Locke | | twominute00@hotmail.com |
| 10 | Joseph J. Hessel | | dehjjh@aol.com |
| 11 | Kevin Curtis | | kcurtis@healthgroupwest.com |
| 12 | Marie F. Siegel Trust | | mfs1923@gmail.com |
| 13 | Mandeep Sahani | | mandeepsahani@gmail.com |
| 14 | Novarad Mark Cotter | | mcotter@rqn.com |
| 15 | Peter Moraru | | allamor6@yahoo.com twominute00@hotmail.com |
| 16 | Ross McArthur | | mcarthurross@hotmail.com |
| 17 | Estate of Scott Shaeffer | | booboo.kitty@cox.net |
| 18 | Steve Farber | | stevenfarber@cox.net |
| 19 | Susan Farber | | susanfarber@cox.net |
| 20 | Accountemps-US | Karen Lima | karen.lima@roberthalf.com |
| 21 | Standard Restaurant Equipment | Cloyee Hudson | cloyeeh@esreco.net |
| 22 | Harbor Linen LLC | David Layton | dlayton@harborlinen.com |
| 23 | City of Mesa - Revenue Collections | Teresa Woods | teresa.woods-hipsley@mesaaz.gov |
| 24 | Uroplasty Inc. | Debbie Smaby | accounts.receivable@uroplasty.com |
| 25 | Pongratz Orthotics & Prosthetics, Inc. | Nichole Inman | nichole@pongratzop.com |
| 26 | | | |

| Party | Attorney/Representative | E-mail Address |
|---|---|---|
| Lofgreen's Inc./Lofgreens Office Products | Chris Lofgreen | lofgreen@aol.com |
| Maricopa County Treasurer's Office | Lori A. Lewis | lewisl01@mcao.maricopa.gov |
| Endologix, Inc. | Juan C. Perez | jperez@endologix.com |
| Ricoh USA | Olivia Moody | Olivia.Moody@ricoh-usa.com |
| National Fire Control | Stephen F. Banta | sbanta@abclawgroup.com |
| Curastat, Inc. c/o Matech, Inc. | Jane Ann Helwig | janeann.helwig@mastechdigital.com |

*/s/ Verna Colwell*