# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| APACHE JUNCTION HOSPITAL, LLC dba ARIZONA REGIONAL MEDICAL CENTER, | Case No. 4:13-bk-18188-SHG |
| Debtor. | **ORDER GRANTING EIGHTEENTH MOTION TO EXTEND BAR DATE FOR FILING OBJECTIONS TO CLAIMS** |

This matter came before the Court on the *Eighteenth Motion to Extend Bar Date for Filing Objections to Claims* [Docket No. 443] (the "**Motion**") filed by John P. Madden, in his capacity as the Liquidation Trustee of the Liquidation Trust.[1]

Based on the Motion and the entire record before the Court; and good cause appearing,

IT IS HEREBY ORDERED as follows:

A.    The Motion shall be, and hereby is, granted in its entirety.

B.    The Current Bar Date for the Liquidation Trustee to file objections to claims is hereby extended by an additional 90 days, through and including March 11, 2019, without prejudice to the Liquidation Trustee seeking an additional extension of the Bar Date by motion filed on or before such date.

**DATED AND SIGNED AS INDICATED ABOVE**

---

[1] Capitalized terms not defined in this Order have the meaning ascribed to them in the Motion.

{00409851.1 }