**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **In re:** | **CASE NO.** 4:13-bk-18188-EWH |
| **APACHE JUNCTION HOSPITAL, LLC,** **Debtor.** | **CH. 11 POST CONFIRMATION REPORT** |
| | __X__ **QUARTERLY** ____ **FINAL** (PLEASE CHECK) |
| | **QUARTER ENDING:** March 31, 2019[1] |
| **Debtor(s)** | **DATE PLAN CONFIRMED:** January 24, 2014 |

**SUMMARY OF DISBURSEMENTS:**

**A. Disbursements made under the plan, for current quarter:**     **$325.00**

**B. Disbursements not under the plan, for current quarter:**     **$ 0.00**

                        **Total Disbursements**     **$325.00**

---

[1] The chapter 11 Post Confirmation Report covers the period of January 1, 2019 – March 31, 2019.

**ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

**PLEASE ANSWER THE FOLLOWING:**

1. **What are your projections as to your ability to comply with the terms of the plan?**

    As of March 31, 2019, the Liquidating Trustee is highly confident that the terms of the plan will be complied with.

2. **Please describe any factors which may materially affect your ability to obtain a final decree.**

    As of March 31, 2019, there are no foreseen factors outstanding which may materially affect the ability to obtain final decree.

3. **If plan payments have not yet begun, please indicate the date that the first plan payment is due.**

    N/A

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE A PAPER COPY WITH U.S. TRUSTEE'S OFFICE

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

| | | Q2 2018 | Q3 2018 | Q4 2018 | Q1 2019 | Paid to Date | Balance Due |
|---|---|---|---|---|---|---|---|
| **A.** | **FEES AND EXPENSES** | | | | | | |
| 1 | Disbursing Agent Compensation | $10,316.88 | $1,150.00 | $ -- | $ -- | $451,063.95 | $ -- |
| 2 | Fee for Attorney for Trustee | -- | 35,313.63 | 7,516.73 | -- | 327,405.97 | -- |
| 3 | Fee for Attorney for Debtor | -- | -- | -- | -- | -- | -- |
| 4 | Other Professionals | -- | -- | -- | -- | 230,000.00 | -- |
| 5 | All Expenses, Including Disbursing Agent's | 328.06 | 325.00 | 1,625.00 | 325.00 | 20,859.18 | -- |
| **B** | **DISTRIBUTIONS** | | | | | | |
| 6 | Secured Creditors | $ -- | $ -- | $ -- | $ -- | $ -- | $ -- |
| 7 | Priority Creditors | -- | 131,544.86 | -- | -- | 150,379.93 | -- |
| 8 | Unsecured Creditors | -- | -- | -- | -- | -- | -- |
| 9 | Equity Security Holders | -- | -- | -- | -- | -- | -- |
| 10 | Other Payments - Specify Class of Payee | -- | -- | -- | -- | -- | -- |
| | **Total Plan Disbursements** | **$10,644.94** | **$168,333.49** | **$9,141.73** | **$325.00** | **$1,179,709.03** | **$ --** |

**(Report Sum of Lines 1 - 10,** *current quarter column*, **on page 1, A.)**

**C. Percent Dividend to be Paid to Unsecured Creditors Under Plan         TBD   %**

**SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:**

### Description of Property

**Secured Creditors**         $0.00

**Priority Creditors**         $0.00

**Unsecured Creditors**         $0.00

**Equity Security Holders**         $0.00

**Other Transfers- Specify class of Transferee**

N/A

**CONSUMMATION OF PLAN:**

**If this is a final report, has an application for Final Decree been submitted?**

  __N/A__     **Yes**    **Date application was submitted?**

  __N/A__     **No**    **Date when application will be submitted**

**Estimated Date of Final Payment Under Plan**    __TBD__

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

**SIGNED:** _[signature]_     **DATE:** __May 6, 2019__

          **John P. Madden, Liquidating Trustee**
                    **(PRINT NAME)**